IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CV-181-D

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | ORDER |
| v. | ) |  |
|  | ) |  |
| CLIFFORD BYRD and CARLA | ) |  |
| SALERA McCOY, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

UPON CONSIDERATION OF the United States' Motion to Dismiss Defendant Carla Salera McCoy, and the entire record,

IT IS HEREBY ORDERED on this 16 day of June, 2015, that Plaintiff's Motion is GRANTED;

IT IS FURTHER ORDERED that all claims are hereby dismissed without prejudice as to Defendant Carla Salera McCoy.

SO ORDERED.

JAMES C. DEVER III
Chief United States District Judge

1