IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-181-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CLIFFORD BYRD, et al., ) | |
| ) | |
| Defendants. ) | |

On April 24, 2015, plaintiff filed a motion for summary judgment [D.E. 12] and supporting memorandum [D.E. 13]. The court notified Clifford Byrd about the motion, the consequences of failing to respond, and the response deadline. See [D.E. 15]; Roseboro v. Garrison, 528 F.2d 309, 310 (4th Cir. 1975) (per curiam). Byrd did not respond.

The court has reviewed the record under the governing standard. See Fed. R. Civ. P. 56. Plaintiff's motion for summary judgment [D.E.12] is GRANTED. The clerk shall enter judgment in favor of the United States and against Clifford Byrd in the amount of $157,433.80 and close the case.

SO ORDERED. This 19 day of June 2015.

JAMES C. DEVER III
Chief United States District Judge