UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | **CASE NO. 5:14-CV-181-D** |
| | ) | |
| CLIFFORD BYRD and CARLA SALERA MCCOY, | ) ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** Plaintiff's motion for summary judgment [D.E.12] is GRANTED. The clerk shall enter judgment in favor of the United States and against Clifford Byrd in the amount of $157,433.80 and close the case.

This Judgment Filed and Entered on June 19, 2015, and Copies To:
Clifford Byrd             (via US Mail, 4164 Stoney Hill Church Road, Bailey, NC 27807)
Carla Salera McCoy   (via US Mail, 6707 Low Bush Court, Wilmington, NC 28405)
Kimberly A. Moore    (via CM/ECF Notice of Electronic Filing)


DATE                                          JULIE RICHARDS JOHNSTON, CLERK OF COURT
June 19, 2015
                                                       /s/ Courtney O'Brien
                                                      (By): Courtney O'Brien, Deputy Clerk